# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 4, 2020

| Before: | WILLIAM J. BAUER, Circuit Judge |
|---|---|
| | MICHAEL S. KANNE, Circuit Judge |
| | AMY C. BARRETT, Circuit Judge |

| Nos. 19-1564 & 19-2156 | CARMEN WALLACE, et al.,<br>  Plaintiffs - Appellants<br><br>v.<br><br>GRUBHUB HOLDINGS, INC. And GRUBHUB, INC.<br>  Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:18-cv-04538 & 1:16-cv-06720<br>Northern District of Illinois, Eastern Division<br>District Judges Edmond E. Chang & Charles R. Norgle ||

The judgments of the District Court are **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

  form name: **c7_FinalJudgment**(form ID: **132**)